Same case below, 609 F.3d 1070.

No. 10-6334. Jermaine T. Bryson, Petitioner v. United States.

562 U.S. 1182, 131 S. Ct. 997, 178 L. Ed. 2d 833, 2011 U.S. LEXIS 879.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 374 Fed. Appx. 680.

No. 10-6376. David Nuno-Garza, Petitioner v. United States.

562 U.S. 1182, 131 S. Ct. 998, 178 L. Ed. 2d 833, 2011 U.S. LEXIS 734.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 365 Fed. Appx. 806.

No. 10-6377. Gerald Ross Pizzuto, Petitioner v. Idaho.

562 U.S. 1182, 131 S. Ct. 998, 178 L. Ed. 2d 833, 2011 U.S. LEXIS 796.

January 18, 2011. Petition for writ of certiorari to the Supreme Court of Idaho denied.

Same case below, 149 Idaho 155, 233 P.3d 86.

No. 10-6398. Jeff R. Traxtle, Petitioner v. Don Mills, Superintendent, Two Rivers Correctional Center.

562 U.S. 1182, 131 S. Ct. 998, 178 L. Ed. 2d 833, 2011 U.S. LEXIS 800.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-6509. James Laurent, Petitioner v. United States.

562 U.S. 1182, 131 S. Ct. 998, 178 L. Ed. 2d 833, 2011 U.S. LEXIS 717.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 607 F.3d 895.

No. 10-6550. Herman Scott, Petitioner v. United States.

562 U.S. 1182, 131 S. Ct. 999, 178 L. Ed. 2d 833, 2011 U.S. LEXIS 860.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 383 Fed. Appx. 441.

No. 10-6649. Enil Ferguson, Petitioner v. United States.

562 U.S. 1182, 131 S. Ct. 999, 178 L. Ed. 2d 833, 2011 U.S. LEXIS 752.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 384 Fed. Appx. 361.